*Woods,* contra. In *King* v. *Hughes,* it was deter- mined, that if a motion be made as non-enumerated for irregularity, the ground of merits must be abandoned, though on the merits the irregularity may be insisted on.

*Per Curiam.* The rule is according to the decision cited. The application must be for irregularity *only* to bring it on as a non-enumerated motion. If merits are united, it becomes enumerated.

### Hun and others v. Bowne.

COLDEN for the plaintiffs, moved for leave to amend the case made by the defendant. From the affidavit of the attorney for the plaintiffs, it appeared, that the defendant's attorney had agreed to give the plaintiff's attorney till the 21st *January* last, to settle his amendments before a judge at *Albany,* the cause having been tried in *New-York:* that by some accident the amendments proposed by the plaintiffs to the case made on the part of the defendant, did not come to the hands of the counsel who was employed to attend to the business there, until the 22d *January:* and further, that the case made by the defendant, did not set forth the merits of the cause, as they appeared on the trial.

*Hoffman,* amicus. In *Duff* v. *Van Zandt,* on a suggestion, that the case made, did not contain a true statement of facts, the court granted a new trial after argument and decision.

*Boyd,* contra, stated some circumstances of strict and unaccommodating conduct in the plaintiff's at-

torney, which had occurred previous to the agree-
ment mentioned in the affidavit, read by *Colden*, and
some declarations of the plaintiff's attorney, that he
would hold the defendant to strict practice.

*Per Curiam.* We cannot travel back farther than
the agreement stated. It appears, that the defend-
ant had given the plaintiff a time, which, from acci-
dent, he could not keep : the amendments were sent
with due speed, and so, that they might have arriv-
ed at *Albany* in season, if nothing had happened to
prevent it. We cannot let the plaintiff suffer by cir-
cumstances, which he could not controul. The ver-
dict is in the hands of the plaintiff, and the defendant
cannot be injured by a short delay.

### *Anonymous.*

BY THE COURT. All causes intended for argu-
ment, must be duly noticed before term, to the clerk,
that he may enter them, on the calendar. If not so
noticed, they must go to the foot of the calendar,
without regard to the date of their issues.

### *John Halsey* v. *James and Samuel Watson.*

THIS was a motion for a new trial, on an affidavit
of a discovery of new and material evidence. The
points and substance, are so well, and accurately con-
densed in the decision of the court, that it is unne-
cessary to do more than state the judgment.

*Per Curiam.* This is a motion for a new trial, and
comes before us, on the ground of a discovery of